IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| Courtroom Deputy: Deborah Hansen | Date: January 5, 2016 |
| Court Reporter: Gwen Daniel | Probation: Gary Kruck |

_____

| Criminal Action No. 15-cr-000172-WJM | <u>Counsel:</u> |
| UNITED STATES OF AMERICA, | Stephanie Podolak |
| Plaintiff, | |
| v. | |
| 2. VIANCA CRISTABELLE DELAROSA, | Renee Cooper |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

10:00 a.m.    Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Sentencing Statement by Ms. Podolak

Sentencing Statement by Ms. Cooper

**ORDERED:  The Government's oral motion pursuant to the Plea Agreement for an additional one-level reduction in the offense level for acceptance of responsibility is GRANTED.**

**ORDERED:** The Government's Motion for Sentence Reduction Pursuant to Title 18, United States Code, Section 3553(e) and Section 5K1.1 of the Sentencing Guidelines [78] is GRANTED.

Defendant's Allocution

Defendant plead guilty to Count One of the Indictment on September 25, 2015.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Vianca Cristabelle Delarosa, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of time served.**

**ORDERED:** **Defendant shall pay a FINE of $750 into the Crime Victims Fund.**

**Interest on the Fine is WAIVED.**

**Effective immediately, the defendant shall be placed on Supervised Release for a term of three years.**

**While on Supervised Release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.**

**The defendant shall not unlawfully possess and she shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on Supervised Release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special Conditions of Supervised Release:**

1. **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

2. **The defendant shall be placed on home detention for a period of six months, to commence within 21 days of sentencing. During**

**this period, the defendant shall remain at her place of residence at all times other than time spent at work or time spent on other activities approved in advance by the probation officer. This period of home detention shall be enforced by electronic monitoring. To permit this monitoring, the defendant shall maintain a telephone at her place of residence without any special services, modems, answering machines, or cordless telephones. The defendant shall wear electronic monitoring devices and follow all other procedures specified by the probation officer. The defendant shall pay the cost of electronic monitoring as directed by the probation officer.**

**ORDERED:   The Special Assessment and Fine obligations are due immediately. Any Fine balance remaining unpaid 15 days after entry of judgment shall be paid in monthly installment payments during the term of Supervised Release of not less than 10% of the defendant's gross household monthly income. The defendant shall promptly meet with the Probation Officer to develop a plan for the payment of the unpaid portion of her financial obligations under the Court's Judgment. This Plan will be based upon the defendant's income and expenses. The Plan will be forwarded to the Court for review and approval.**

**ORDERED:   The defendant shall pay a Special Assessment of $100, which shall be due and payable immediately.**

The defendant is advised of her right to appeal her conviction as well as the sentence imposed except in very limited circumstances

**ORDERED:   Defendant's bond is EXONERATED.**

10:38 a.m.    Court in Recess
              Hearing concluded