IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 15-cr-00172-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    VIANCA CRISTABELLE DELAROSA,

    Defendant.

## ORDER

PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

ORDERED that Defendant Vianca Cristabelle Delarosa is sentenced to TIME SERVED.

Dated at Denver, Colorado, this 5th day of January, 2016.

BY THE COURT:

Judge William J. Martínez
United States District Judge